**Gary L. MILLIGAN, Petitioner-Appellant,**

v.

**W. T. STONE, Warden,
Respondent-Appellee.**

**No. 76–1825.**

United States Court of Appeals,
Ninth Circuit.

Jan. 12, 1977.

Thomas D. Schaefer (argued), San Diego, Cal., for petitioner-appellant.

Alan S. Meth, Deputy Atty. Gen. (argued), San Diego, Cal., for respondent-appellee.

ORDER OF AFFIRMANCE

Before CHAMBERS and GOODWIN, Circuit Judges, and WHELAN,* District Judge.

Generally, the order dismissing the petition for habeas corpus is affirmed on the basis of the contents thereof. The order is reported, *Milligan v. Stone,* 424 F.Supp. 1088 (S.D.Cal., entered January 13, 1976).

It should be noted, however, that the district court was under a misapprehension that a state certificate had not been sought for a state appeal. But the decision only alternatively relied upon this mistake.

Further, on the facts here one has to reach far to find a trace of a constitutional question.

---

* The Honorable Francis C. Whelan, United States District Judge for the Central District of California, sitting by designation.